IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re

EarthRenew IP Holdings LLC, et al.[1]

Debtor in a Foreign Proceeding.

---

: Chapter 15
:
: Case No.: 10-_____ (___)
:
: Joint Administration Pending
:

## DECLARATION OF ROBERT J. TAYLOR IN SUPPORT OF CHAPTER 15 PETITIONS FOR RECOGNITION OF FOREIGN PROCEEDING PURSUANT TO SECTION 1515(c) OF THE BANKRUPTCY CODE

I, Robert J. Taylor, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States, as follows:

1. I am a Vice-President of RSM Richter Inc., the court-appointed receiver and duly authorized foreign representative ("RSM" or the "Receiver") for the above-captioned debtors (collectively, the "Debtors") in Canadian receivership proceedings (the "Canadian Receivership Proceeding") commenced under the Bankruptcy and Insolvency Act (Canada), R.S.C. 1985, c. B-3, as amended, pending before the Court of Queen's Bench of Alberta in the Judicial District of Calgary (the "Canadian Court").

2. I respectfully submit this declaration in support of the verified petitions filed by the Receiver seeking recognition of the Canadian Receivership Proceeding by this Court

---

[1] The Debtors in the Chapter 15 Cases, along with the last four digits of their United States Tax Identification Number or Canadian Business Number, as applicable, are: EarthRenew IP Holdings LLC ("EarthRenew IP"); EarthRenew Corporation (0985); EarthRenew, Inc. (2163); EarthRenew Management General Partner Ltd. (2218); EarthRenew Management LP (5417); EarthRenew Operational Employee LP (2155); EarthRenew Solutions LP (6554); EarthRenew Strathmore 1 LP (3013); and EarthRenew Strathmore General Partner Ltd. (7013). The Debtors' corporate headquarters are located at, and the mailing address for the Debtors is, 1925 18th Avenue N.E., Suite 201, Calgary, Alberta, T2E 7T8, Canada. Only EarthRenew, Inc. maintains a United States Tax Identification Number. Canadian Business Numbers have been listed for the other Debtors, with the exception of EarthRenew IP, which is a United States entity disregarded for tax purposes and therefore does not maintain a United States Tax Identification Number.

as a foreign main proceeding under section 1515 of title 11 of the United States Code,11 U.S.C. §§ 101 et seq. ("Bankruptcy Code").

3. On September 15, 2010, the Canadian Court entered an order (the "Receivership Order") appointing RSM to act as receiver and manager of the Debtors' assets and the representative of the Debtors in a foreign proceeding.

4. Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, to the best of my knowledge, the Canadian Receivership Proceeding is the only proceeding of any kind pending in a foreign country in which the Debtors' assets or affairs are subject to control or supervision of a foreign court and thus is the only known "foreign proceeding" with respect to the Debtors as that term is defined in section 101(23) of the Bankruptcy Code.

5. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that, based upon my knowledge, information and belief as set forth herein, the foregoing is true and correct.

Dated: Wilmington, Delaware
October 20, 2010

Robert J. Taylor, on behalf of RSM Richter Inc., in its capacity as the court-appointed receiver and duly authorized foreign representative of the Debtors