IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re                                                            : Chapter 15
                                                                 :
EarthRenew IP Holdings LLC, et al.[1]                            : Case No.: 10-13363 (CSS)
                                                                 :
                                                                 : Joint Administration Pending
Debtor in a Foreign Proceeding.                                  :
---------------------------------------------------------------- x

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 21, 2010 AT 3:30 P.M.

I. **RELATED PLEADINGS**

1. Petitions

    A. EarthRenew IP Holdings LLC                         10-13363
    B. EarthRenew Corporation                             10-13364
    C. EarthRenew, Inc.                                   10-13365
    D. EarthRenew Management General Partner Ltd.         10-13366
    E. EarthRenew Management LP                           10-13367
    F. EarthRenew Operational Employee LP                 10-13368
    G. EarthRenew Solutions LP                            10-13369
    H. EarthRenew Strathmore 1 LP                         10-13370
    I. EarthRenew Strathmore General Partner Ltd.         10-13371

2. Declaration of Robert J. Taylor In Support of Chapter 15 Petitions for Recognition of Foreign Proceeding Pursuant to Section 1515(b) of the Bankruptcy Code [D.I. 3, 10/20/10]

---

[1] The Debtors in the Chapter 15 Cases, along with the last four digits of their United States Tax Identification Number or Canadian Business Number, as applicable, are: EarthRenew IP Holdings LLC ("EarthRenew IP"); EarthRenew Corporation ; EarthRenew Inc. (2163); EarthRenew Management General Partner Ltd. (2218); EarthRenew Management LP (5417); EarthRenew Operational Employee LP (2155); EarthRenew Solutions LP (6554); EarthRenew Strathmore 1 LP (3013); and EarthRenew Strathmore General Partner Ltd (7013). The Debtors' corporate headquarters are located at, and the mailing address for the Debtors is, 1925 18th Avenue N.E., Suite 201, Calgary, Alberta, T2E 7T8, Canada. Only EarthRenew Inc. maintains a United States Tax Identification Number. Canadian Business Numbers have been listed for the other Debtors, with the exception of EarthRenew IP, which is a United States entity disregarded for tax purposes and therefore does not maintain a United States Tax Identification Number.

3. Declaration of Robert J. Taylor in Support of Chapter 15 Petitions for Recognition of Foreign Proceeding Pursuant to Section 1515(c) of the Bankruptcy Code [D.I. 4, 10/20/10]

4. Declaration of Robert J. Taylor in Support of Petitioner's (I) Verified Petitions Under Chapter 15, (II) Motion for Joint Administration, (III) Motion for Provisional and Final Relief in Recognition of Foreign Main Proceedings, and (IV) Motion to Establish Certain Notice Procedures in Connection with Filing of Verified Petitions Under Chapter 15 [D.I. 8, 10/20/10]

5. Memorandum of Law In Support of Petitioner's (I) Verified Petitions Under Chapter 15 (II) Motion for Joint Administration, (III) Motion for Provisional and Final Relief in Recognition of Foreign Main Proceedings, and (IV) Motion to Establish Certain Notice Procedures in Connection with Filing of Verified Petitions Under Chapter 15 [D.I. 9, 10/20/10]

## II. MATTERS GOING FORWARD

6. Receiver's Motion Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) for Order Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code [D.I. 5, 10/20/10]

   Status: This matter will be going forward.

7. Receiver's Motion For Provisional and Final Relief In Recognition of a Foreign Main Proceeding Pursuant to Sections 105(a), 1519, 1520 and 1521 of the Bankruptcy Code [D.I. 6, 10/20/10]

   Status: This matter will be going forward.

8. Receiver's Motion for Entry of an Order Specifying Form and Manner of Service of Notice of (I) Filing of (A) Petition Pursuant to Chapter 15 of the Bankruptcy Code and (B) Receiver's Motion For Provisional and Final Relief in Recognition of a Foreign Main Proceeding Pursuant to Sections 105(a), 1519, 1520 and 1521 of the Bankruptcy Code; (II) Entry of Provisional Relief Order; (III) Deadline to Object to Entry of Recognition Order; and (IV) Hearing for Court to Consider Chapter 15 Petitions and Entry of Recognition Order [D.I. 7, 10/20/10]

   Status: This matter will be going forward.

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT & TAYLOR, LLP
October 20, 2010

/s/ Donald J. Bowman, Jr.
Michael R. Nestor (No. 3256)
Donald J. Bowman, Jr. (No. 4383)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Attorneys for RSM Richter Inc., Receiver and*
*Foreign Representative for the Debtors*